UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR02-202 MJP |
| | ) | |
| v. | ) | **PROPOSED FINDINGS OF** |
| | ) | **FACT AND DETERMINATION** |
| JEANIA DYSON, | ) | **AS TO ALLEGED** |
| | ) | **VIOLATIONS OF** |
| Defendant. | ) | **SUPERVISED RELEASE** |
| | ) | |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 11, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Susan Dohrmann, and defendant was represented by James Vonasch. Also present was U.S. Probation Officer T``homas J. Fitzgerald. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on November 26, 2002 by the Honorable Marsha J. Pechman to Bank Fraud. She received 21 months of imprisonment and five years of supervised release with conditions. On June 8, 2006, the Court revoked defendant's supervision for engaging with persons engaged in criminal activity and ordered five years of supervised release. The Court also

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

revoked defendant's supervision in cause number CR02-202P and ordered 14 months of confinement in that case with no further supervision.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated November 27, 2008, Supervising U.S. Probation Officer Thomas J. Fitzgerald alleged that defendant violated the following conditions of supervised release:

1. Failing to report to the probation officer as directed on October 2, 2008, in violation of standard condition number two of her supervised release.

2. Failing to notify the probation officer of change in employment on or before September 11, 2008, in violation of standard condition number six of her supervised release.

3. Failing to submit monthly reports for the months of August, September, and October 2008, in violation of standard condition number two of her supervised release.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing March 18, 2009 at 1:30 p.m. before District Judge Marsha J. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 11th day of March, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge